| Fill in this information to identify the case: |
|---|
| Debtor 1   Robert Edward Holt |
| Debtor 2   Debbie Ann Holt<br>fka Debbie An Oberman |
| (Spouse, if filing) |
| United States Bankruptcy Court for the WESTERN District of MISSOURI |
| Case number 13-43419-BTF13 |

## Official Form 410S1

# Notice of Mortgage Payment Change 12/15

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST

**Last 4 digits** of any number you use to identify the debtor's account: 4732

**Court claim no**. (if known): 10

**Date of payment change:** 04.08.2018
Must be at least 21 days after date of this notice

**New total payment:** $808.33
Principal, interest, and escrow, if any

### Part 1:   Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.   Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   **Current escrow payment:** $282.71         **New escrow payment:** $88.33

### Part 2:   Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.   Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   **Current interest rate:**                      **New interest rate:**

   **Current principal and interest payment:**    **New principal and interest payment:**

### Part 3:   Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes   Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   **Current mortgage payment**               **New mortgage payment:**

Debtor 1  <u>Robert Edward Holt</u>  Case number *(if known)* <u>13-43419-BTF13</u>
Print Name    Middle Name    Last Name

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/  <u>Ashlee Fogle</u>   Date  <u>3/9/2018</u>
  Signature

Print       <u>Ashlee Fogle</u>                                Title   <u>Authorized Agent for Creditor</u>
            First Name    Middle Name    Last Name

Company     <u>RAS Crane, LLC</u>

Address     <u>10700 Abbott's Bridge Road, Suite 170</u>
            Number   Street

            <u>Duluth  GA 30097</u>
            City               State    ZIP Code

Contact Phone  <u>470-321-7112</u>                             Email   <u>afogle@rascrane.com</u>

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on _____March 9, 2018_____,
I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RACHEL LYNN FOLEY
4016 S. LYNN CRT. DRIVE S
STE. B
INDEPENDENCE, MO  64055-3360

ROBERT EDWARD HOLT
DEBBIE ANN HOLT
9016 E 74TH TERRACE
RAYTOWN,  MO  64133

RICHARD FINK
2345 GRAND BLVD.
SUITE 1200
KANSAS CITY,  MO  64108-2663

 

            RAS Crane, LLC
            Authorized Agent for Secured Creditor
            10700 Abbott's Bridge Road, Suite 170
            Duluth, GA 30097
            Telephone: 470-321-7112
            Facsimile: 404-393-1425

            By: /s/Amanda Wood_____
                Amanda Wood
                Email: awood@rascrane.com

**CALIBER HOME LOANS**
Please do not send mail to this address
Caliber Home Loans, Inc.
P.O. Box 619063
Dallas, TX 75261-9063

**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

Analysis Date: 02/08/2018
Loan Number:
Property Address: 9016 E 74TH TER
RAYTOWN MO 64133

ROBERT E HOLT
DEBBIE A HOLT
C/O RACHEL LYNN FOLEY
4016 S LYNN CT DR STE B
INDEPENDENCE MO  64055-3379

|  | CURRENT PAYMENT | NEW PAYMENT EFFECTIVE 04/08/2018 |
|---|---|---|
| Principal & Interest | $720.00 | $720.00 |
| Escrow Deposit | $282.71 | $88.33 |
| **Total Monthly Payment** | **$1,002.71** | **$808.33** |

Customer Service: 1-800-401-6587
Mon - Fri, 8:00 a.m. to 7:00 p.m. (CST)
www.caliberhomeloans.com

In accordance with federal guidelines, Caliber Home Loans, Inc. will review your escrow account annually. Certain conditions may require your escrow account to be reviewed more than once in a 12-month period. This statement details your actual escrow account activity since your previous disclosure statement or your initial disclosure and reflects the anticipated activity for the next 12 months.

### ESCROW ACTIVITY FOR THE NEXT 12 MONTH ESCROW CYCLE

| Month | Anticipated Payment | Anticipated Disbursement | Description | Anticipated Balance | Required Balance |
|---|---|---|---|---|---|
|  |  |  | STARTING BALANCE | 2,126.95 | 441.74 |
| Apr 2018 | 88.33 | .00 |  | 2,215.28 | 530.07 |
| May 2018 | 88.33 | .00 |  | 2,303.61 | 618.40 |
| Jun 2018 | 88.33 | .00 |  | 2,391.94 | 706.73 |
| Jul 2018 | 88.33 | .00 |  | 2,480.27 | 795.06 |
| Aug 2018 | 88.33 | .00 |  | 2,568.60 | 883.39 |
| Sep 2018 | 88.33 | .00 |  | 2,656.93 | 971.72 |
| Oct 2018 | 88.33 | .00 |  | 2,745.26 | 1,060.05 |
| Nov 2018 | 88.33 | .00 |  | 2,833.59 | 1,148.38 |
| Dec 2018 | 88.33 | -1,060.05 | COUNTY TAX | 1,861.87 * | 176.66 ** |
| Jan 2019 | 88.33 | .00 |  | 1,950.20 | 264.99 |
| Feb 2019 | 88.33 | .00 |  | 2,038.53 | 353.32 |
| Mar 2019 | 88.33 | .00 |  | 2,126.86 | 441.65 |
| **TOTAL** | **1,059.96** | **-1,060.05** |  |  |  |



**ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT**

LOAN NUMBER: ███  DATE ANALYZED: 02/08/2018

**PRIOR 12 MONTH ESCROW HISTORY**

This statement itemizes your actual escrow account transactions since your previous analysis statement or initial disclosure. The projections from your previous escrow analysis are to the left of the actual payments and disbursements. By comparing the actual escrow payment with the previous projections listed, you can determine where a difference may have occurred. An asterisk (*) indicates a difference in either the amount or date.

When applicable, the letter 'E' beside an amount indicates that a payment or disbursement has not yet occurred but is estimated to occur as shown.

| Month of Activity | Anticipated Deposit | Actual Deposit | Anticipated Payment and Description | Actual Payment and Description | | Anticipated Balance | Actual Balance |
|---|---|---|---|---|---|---|---|
| | | | | STARTING BAL. | | .00 | -1,053.65 |
| Apr 2017 | .00 | 415.82 | .00 | .00 | | .00 | -637.83 |
| May 2017 | .00 | 415.82 | .00 | .00 | | .00 | -222.01 |
| Jun 2017 | .00 | 216.18 | .00 | .00 | | .00 | -5.83 |
| Jul 2017 | .00 | 365.73 | .00 | .00 | | .00 | 359.90 |
| Aug 2017 | .00 | 282.71 | .00 | .00 | | .00 | 642.61 |
| Sep 2017 | .00 | 282.71 | .00 | .00 | | .00 | 925.32 |
| Oct 2017 | .00 | 282.71 | .00 | .00 | | .00 | 1,208.03 |
| Nov 2017 | .00 | 282.71 | .00 | -1,060.05 COUNTY TAX | * | .00 | 430.69 |
| Dec 2017 | .00 | 282.71 | .00 | .00 | | .00 | 713.40 |
| Jan 2018 | .00 | 282.71 | .00 | -1,302.00 HOMEOWNER INS | * | .00 | -305.89 |
| Feb 2018 | .00 | 1,302.00 | .00 | .00 | | .00 | 996.11 |
| Mar 2018 | .00 | | .00 | .00 | | .00 | 996.11 |

**Notice to Consumers presently in Bankruptcy or who have received a Bankruptcy Discharge:** If you are a debtor presently subject to a proceeding in Bankruptcy Court, or if you have previously been discharged from this debt by a Federal Bankruptcy Court, this communication is not an attempt to collect a debt but is sent for informational purposes only or to satisfy certain Federal or State legal obligations.



# HISTORY OF ACCOUNT
## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

ROBERT E HOLT
DEBBIE A HOLT
9016 E 74TH TER
RAYTOWN, MO 64133



Escrow History only reflects Caliber Home Loans Inc. information. Refer to prior servicer for details of prior transactions.

### THIS IS A STATEMENT OF ACTIVITY IN YOUR ESCROW ACCOUNT
### FROM 08/31/2016 TO 03/31/2018

| Date | Charge/Payment | Comments | Insurance Balance | Tax Balance | Unspecified Balance | Escrow Account Balance |
|---|---|---|---|---|---|---|
| 08/31/2016 | ($3,369.07) | Negative Adjustment | $0.00 | $0.00 | ($3,369.07) | ($3,369.07) |
| 10/24/2016 | $141.34 | Escrow Payment | $0.00 | $0.00 | ($3,227.73) | ($3,227.73) |
| 10/24/2016 | $141.34 | Escrow Payment | $0.00 | $0.00 | ($3,086.39) | ($3,086.39) |
| 10/24/2016 | $141.34 | Escrow Payment | $0.00 | $0.00 | ($2,945.05) | ($2,945.05) |
| 11/17/2016 | $60.88 | Escrow Payment | $0.00 | $0.00 | ($2,884.17) | ($2,884.17) |
| 11/17/2016 | ($141.34) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,025.51) | ($3,025.51) |
| 11/17/2016 | ($141.34) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,166.85) | ($3,166.85) |
| 11/17/2016 | ($141.34) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,308.19) | ($3,308.19) |
| 11/17/2016 | ($60.88) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,369.07) | ($3,369.07) |
| 11/21/2016 | $1.09 | Escrow Payment | $0.00 | $0.00 | ($3,367.98) | ($3,367.98) |
| 11/21/2016 | $140.25 | Escrow Payment | $0.00 | $0.00 | ($3,227.73) | ($3,227.73) |
| 11/21/2016 | $141.34 | Escrow Payment | $0.00 | $0.00 | ($3,086.39) | ($3,086.39) |
| 11/28/2016 | ($141.34) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,227.73) | ($3,227.73) |
| 11/28/2016 | ($140.25) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,367.98) | ($3,367.98) |
| 11/28/2016 | ($1.09) | Escrow Payment Reversal | $0.00 | $0.00 | ($3,369.07) | ($3,369.07) |
| 11/28/2016 | ($1,027.63) | Disbursement County Tax | $0.00 | ($1,027.63) | ($3,369.07) | ($4,396.70) |
| 12/13/2016 | $270.01 | Escrow Payment | $0.00 | ($1,027.63) | ($3,099.06) | ($4,126.69) |
| 12/13/2016 | $282.71 | Escrow Payment | $0.00 | ($1,027.63) | ($2,816.35) | ($3,843.98) |
| 12/27/2016 | $12.70 | Escrow Payment | $0.00 | ($1,027.63) | ($2,803.65) | ($3,831.28) |
| 12/27/2016 | $79.51 | Escrow Payment | $0.00 | ($1,027.63) | ($2,724.14) | ($3,751.77) |
| 12/27/2016 | $202.86 | Escrow Payment | $0.00 | ($1,027.63) | ($2,521.28) | ($3,548.91) |
| 12/27/2016 | $203.20 | Escrow Payment | $0.00 | ($1,027.63) | ($2,318.08) | ($3,345.71) |
| 12/27/2016 | $415.82 | Escrow Payment | $0.00 | ($1,027.63) | ($1,902.26) | ($2,929.89) |
| 12/27/2016 | $415.82 | Escrow Payment | $0.00 | ($1,027.63) | ($1,486.44) | ($2,514.07) |
| 01/24/2017 | $200.38 | Escrow Payment | $0.00 | ($1,027.63) | ($1,286.06) | ($2,313.69) |
| 01/24/2017 | $212.96 | Escrow Payment | $0.00 | ($1,027.63) | ($1,073.10) | ($2,100.73) |
| 01/24/2017 | $220.38 | Escrow Payment | $0.00 | ($1,027.63) | ($852.72) | ($1,880.35) |
| 01/24/2017 | ($220.38) | Escrow Payment Reversal | $0.00 | ($1,027.63) | ($1,073.10) | ($2,100.73) |
| 02/24/2017 | $34.04 | Escrow Payment | $0.00 | ($1,027.63) | ($1,039.06) | ($2,066.69) |
| 02/24/2017 | $55.23 | Escrow Payment | $0.00 | ($1,027.63) | ($983.83) | ($2,011.46) |
| 02/24/2017 | $215.44 | Escrow Payment | $0.00 | ($1,027.63) | ($768.39) | ($1,796.02) |
| 02/24/2017 | $270.26 | Escrow Payment | $0.00 | ($1,027.63) | ($498.13) | ($1,525.76) |
| 03/21/2017 | $56.29 | Escrow Payment | $0.00 | ($1,027.63) | ($441.84) | ($1,469.47) |
| 03/21/2017 | $201.44 | Escrow Payment | $0.00 | ($1,027.63) | ($240.40) | ($1,268.03) |
| 03/21/2017 | $214.38 | Escrow Payment | $0.00 | ($1,027.63) | ($26.02) | ($1,053.65) |
| 04/14/2017 | $57.27 | Escrow Payment | $0.00 | ($996.38) | $0.00 | ($996.38) |
| 04/14/2017 | $358.55 | Escrow Payment | $0.00 | ($637.83) | $0.00 | ($637.83) |
| 05/12/2017 | $415.82 | Escrow Payment | $0.00 | ($222.01) | $0.00 | ($222.01) |
| 05/15/2017 | $415.82 | Escrow Payment | $0.00 | $0.00 | $193.81 | $193.81 |
| 05/15/2017 | ($415.82) | Escrow Payment Reversal | $0.00 | ($222.01) | $0.00 | ($222.01) |
| 06/19/2017 | ($415.82) | Escrow Payment Reversal | $0.00 | ($637.83) | $0.00 | ($637.83) |
| 06/19/2017 | ($358.55) | Escrow Payment Reversal | $0.00 | ($996.38) | $0.00 | ($996.38) |
| 06/19/2017 | ($201.44) | Escrow Payment Reversal | $0.00 | ($996.38) | ($201.44) | ($1,197.82) |
| 06/19/2017 | ($57.27) | Escrow Payment Reversal | $0.00 | ($1,053.65) | ($201.44) | ($1,255.09) |
| 06/20/2017 | $19.62 | Escrow Payment | $0.00 | ($1,053.65) | ($181.82) | ($1,235.47) |
| 06/20/2017 | $201.44 | Escrow Payment | $0.00 | ($1,034.03) | $0.00 | ($1,034.03) |
| 06/20/2017 | $271.23 | Escrow Payment | $0.00 | ($762.80) | $0.00 | ($762.80) |
| 06/21/2017 | ($271.23) | Escrow Payment Reversal | $0.00 | ($1,034.03) | $0.00 | ($1,034.03) |
| 06/21/2017 | ($201.44) | Escrow Payment Reversal | $0.00 | ($1,235.47) | $0.00 | ($1,235.47) |
| 06/21/2017 | ($19.62) | Escrow Payment Reversal | $0.00 | ($1,235.47) | ($19.62) | ($1,255.09) |
| 06/28/2017 | $70.98 | Escrow Payment | $0.00 | ($1,184.11) | $0.00 | ($1,184.11) |
| 06/28/2017 | $199.69 | Escrow Payment | $0.00 | ($984.42) | $0.00 | ($984.42) |
| 06/28/2017 | $201.44 | Escrow Payment | $0.00 | ($782.98) | $0.00 | ($782.98) |
| 06/28/2017 | $211.73 | Escrow Payment | $0.00 | ($571.25) | $0.00 | ($571.25) |
| 06/28/2017 | $282.71 | Escrow Payment | $0.00 | ($288.54) | $0.00 | ($288.54) |
| 06/28/2017 | $282.71 | Escrow Payment | $0.00 | ($5.83) | $0.00 | ($5.83) |
| 06/29/2017 | $199.69 | Escrow Payment | $0.00 | $0.00 | $193.86 | $193.86 |
| 06/29/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $476.57 | $476.57 |
| 06/29/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $759.28 | $759.28 |
| 06/29/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $1,041.99 | $1,041.99 |
| 06/29/2017 | ($282.71) | Escrow Payment Reversal | $0.00 | $0.00 | $759.28 | $759.28 |
| 06/29/2017 | ($282.71) | Escrow Payment Reversal | $0.00 | $0.00 | $476.57 | $476.57 |
| 06/29/2017 | ($211.73) | Escrow Payment Reversal | $0.00 | ($211.73) | $476.57 | $264.84 |
| 06/29/2017 | ($199.69) | Escrow Payment Reversal | $0.00 | ($217.56) | $282.71 | $65.15 |
| 06/29/2017 | ($70.98) | Escrow Payment Reversal | $0.00 | ($288.54) | $282.71 | ($5.83) |
| 07/14/2017 | $83.02 | Escrow Payment | $0.00 | ($205.52) | $282.71 | $77.19 |
| 07/14/2017 | $95.06 | Escrow Payment | $0.00 | ($110.46) | $282.71 | $172.25 |
| 07/14/2017 | $187.65 | Escrow Payment | $0.00 | $0.00 | $359.90 | $359.90 |
| 08/14/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $642.61 | $642.61 |

| Date | Amount | Description | | | | |
|---|---|---|---|---|---|---|
| 09/13/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $925.32 | $925.32 |
| 10/12/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $1,208.03 | $1,208.03 |
| 11/14/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $1,490.74 | $1,490.74 |
| 11/27/2017 | ($1,060.05) | Disbursement County Tax | $0.00 | $0.00 | $430.69 | $430.69 |
| 12/11/2017 | $282.71 | Escrow Payment | $0.00 | $0.00 | $713.40 | $713.40 |
| 01/17/2018 | $282.71 | Escrow Payment | $0.00 | $0.00 | $996.11 | $996.11 |
| 01/31/2018 | ($1,302.00) | Disbursement Homeowners Ins / Condo Master | ($305.89) | $0.00 | $0.00 | ($305.89) |
| 02/02/2018 | $1,302.00 | Escrow Payment | $0.00 | $0.00 | $996.11 | $996.11 |
| 02/12/2018 | $282.71 | Escrow Payment | $0.00 | $0.00 | $1,278.82 | $1,278.82 |

| Description | Amounts |
|---|---|
| Insurance Balance | $0.00 |
| Homeowner's Ins | $0.00 |
| Flood | $0.00 |
| Earthquake | $0.00 |
| Windstorm | $0.00 |
| Mortgage Insurance | $0.00 |
| Undefined | $0.00 |
| Tax Balance | $0.00 |
| Assessments | $0.00 |
| County | $0.00 |
| City/Town/Township | $0.00 |
| School | $0.00 |
| Municipal District | $0.00 |
| Ground Rent | $0.00 |
| HOA/Condo Dues | $0.00 |
| Undefined | $0.00 |
| Unspecified Balance | $1,278.82 |
| Overall Balance | $1,278.82 |
| Uncollected Escrow Shortage | $0.00 |
| Escrow Balance Total | $1,278.82 |

Should you have any further questions regarding your account please call us toll free at 1-800-772-9760.